UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>    Plaintiff,<br><br>    v.<br><br>F. MENDOZA, et al.,<br><br>    Defendants. | No. 2:17-cv-2338 AC P<br><br>ORDER |

This case came before the court for a settlement conference on January 10, 2019, and a settlement agreement was reached. ECF No. 40. By order filed January 15, 2019, the parties were directed to file dispositional documents within thirty days. ECF No. 41. After the parties filed their stipulation for voluntary dismissal (ECF No. 42), plaintiff filed a response to the January 15, 2019 order in which he stated that he had not yet received a copy of the fully executed settlement agreement (ECF No. 44). He also attached copies of the partially executed settlement agreement, the stipulation for dismissal, and his payee data record.[1] Id. He verifies that he agrees with the terms of the settlement and the voluntary dismissal and understands that all matters in this case have been vacated. Id.

---

[1] The payee data record was returned to plaintiff and not filed because it contained his social security number. Plaintiff should submit his payee data record to defendants' counsel, not to the court.

1

Accordingly, IT IS HEREBY ORDERED that if they have not already done so, within seven days of the filing of this order, defendants shall serve on plaintiff a copy of the fully executed settlement agreement.

DATED: January 28, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE